# DONHAM LAW

Collaborative Law Group
**AN EMPLOYEE & CIVIL RIGHTS LAW FIRM**

P.O. Box 487 Dellslow, West Va. 26507
www.Donhamlaw.com
Appointments and Client Services
Phone: 717.881.7855                    Fax: 888.370.5177

Jeremy A. Donham, Esquire*                                            *Licensed in PA & WV
J.Donham@Donhamlaw.com

January 28, 2022

*VIA* **ECF**
The Honorable Judge Jennifer P. Wilson
U.S. District Judge for the Middle District
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

RE:   Smith v BAE Systems Shared Services, Inc.
      Civil Action No.: 21-cv-1558

Dear Judge Wilson:

    Your Honor, we contacted your chambers today to inform you of the recent settlement of the above-captioned matter. Accordingly, the Case Management Conference scheduled for February 1, 2022, at 10:00 a.m. appears no longer necessary. We seek a 60-day Order, if appropriate. Additionally, the parties will execute a stipulation of dismissal which will be filed shortly after consummation of the Settlement. Please let us know if you require anything further by calling 717.881.7855.

Sincerely,

*Jeremy A. Donham, Esquire*

JEREMY A. DONHAM, ESQUIRE
*Counsel for Plaintiff*

<u>*/s/Daniel L. Blanchard, Esquire*</u>
Daniel L. Blanchard, Esquire
Jackson Lewis P.C.
1601 Cherry Street Suite 1350
Philadelphia, PA 19102
*Counsel for Defendant*